UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW R. EASON,

         Plaintiff ,

    v.

AMERICAN AIRLINES, INC.,

         Defendant.

                                            /

NO. CIV. S-08-2004 LKK/EFB

O R D E R

    Defendant American Airlines filed a motion to dismiss for lack of subject matter jurisdiction. In response, plaintiff filed a "request for voluntary dismissal without prejudice." Under Fed. R. Civ. P. 41(a)(1), plaintiff is entitled to voluntary dismissal without prejudice without a court order. Therefore, the court construes plaintiff's request as a notice of dismissal.

    This case is hereby DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED: October 22, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1